UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>JENNIFER R. HOLLOWAY<br><br>Debtor | CASE NO: 07-35348<br>(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4061006**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 38 | FIRST AMERICAN CREDIT SOLUTION<br>BOX 117<br>PICKERINGTON, OH 43147 | 0.93 |
| 7/ 2 | FIRST AMERICAN CREDIT SOLUTION<br>BOX 117<br>PICKERINGTON, OH 43147 | 3.18 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST SUITE 900
DAYTON, OH 45402-1161
(937)222-7600 Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/17/2011

Certificate of Service          07-35348

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| JENNIFER R. HOLLOWAY<br>P.O. BOX 477<br>ANNA, OH  45302 | DUANE A GOETTEMOELLER<br>126 N MAIN AVE<br>BOX 987<br>SIDNEY, OH  45365 | (2.3)<br>ASHOK G BUDDHADEV MD<br>915 MICHIGAN AVE<br>SIDNEY, OH  45365 |
|---|---|---|
| (45.1n)<br>ECMC<br>7325 BEAUFONT SPRINGS<br>SUITE 200<br>RICHMOND, VA  23225 | (2.1)<br>FIRST AMERICAN CREDIT SOLUTION<br>BOX 117<br>PICKERINGTON, OH  43147 | (46.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 |

Jeffrey M. Kellner BY          ___/s/ Jeffrey M. Kellner_____          sv